**GRANT & WEBER, INC.**

DEPT 1883    9600165617080
PO BOX 4115
CONCORD CA  94524

"A Professional Collection Corporation"  800-591-4311 Ext. 7018

August 30, 2017

Re: ALLIANT CREDIT UNION
Acct. No.:    ███5829
Principal:    $637.75
Interest:     $298.82
Balance Due:  $936.57

ADDRESS SERVICE REQUESTED

RICARDO LUNDI
141 NEWPORT ST APT 1R
BROOKLYN NY 11212-5389

Remit To:
GRANT & WEBER, INC.
5586 S. FORT APACHE ROAD SUITE 110
LAS VEGAS NV  89148

303-0028/0093 5829/C2

✂ Cut Or Fold On Line & Return With Your Payment ✂

Dear Ricardo Lundi:

Your balance is growing larger due to interest.

Should you care to resolve this matter amicably, you may contact the undersigned.

We Have Provided 4 Convenient Ways For You To Pay:
1. Pay on-line at http://rlundi3aaah.revexpress.com.  Your password is: rica#837
2. Pay by Credit Card, use the form at the top of this letter.
3. Send check or money order in the enclosed envelope.
4. Call our office at 800-591-4311 Ext. 7018 to make an arrangement.

This is an attempt to collect a debt by a debt collector.  Any information obtained will be used for that purpose.  Grant & Weber, Inc. may record any or all phone calls.

Sincerely,

GRANT & WEBER, INC.

By:    M. PHILLIPS
       800-591-4311 Ext. 7018

---

Please charge my:    ☐ VISA    ☐ MASTERCARD

For the Amount of $_____

_____ - _____ - _____ - _____
Card Number

_____    ____/____    _____
Signature                 Exp. Date    Security Code
                                       (3 digit code on the back of card)

███5829 / C2

If you choose to pay by credit card, fold on the line above and return entire letter.

---

Grant & Weber, Inc. • 5586 S. Fort Apache Road Suite 110 • Las Vegas NV  89148 • 800-591-4311 Ext. 7018
Member of Experian

GWN303-0830-916865430-00209-209